

# Fourth Court of Appeals
## San Antonio, Texas

February 28, 2017

No. 04-16-00388-CR

Raul Aguero **AYALA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B14466
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

Pursuant to our order of November 18, 2016, the State had thirty days after appellant filed a pro se brief to file a brief in response. Appellant filed his pro se brief on January 19, 2017. Thus, the State's brief in response to appellant's pro se brief was due February 21, 2017. No State's brief has been filed. This appeal will be set "at issue" in ten days. If the State's brief and a written response stating a reasonable explanation for failing to file the brief is not filed within ten days, this appeal will be set for submission without an appellee's brief.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of February, 2017.

_____
Keith E. Hottle
Clerk of Court